UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Case Number 07-11647
    Plaintiff        Hon. Paul D. Borman

BENJAMIN V. COBURN,

    Defendant.
_____

**STIPULATED ORDER OF CONSENT JUDGMENT WITH PARTIAL PAYMENT PROVISION**

It appearing to this court that the parties hereto have agreed to resolve the litigation pending between them, and they have stipulated to the entry of the within Consent Judgment With Partial Payment Provisions;

**IT IS ORDERED** that Judgment is hereby entered in favor of the UNITED STATES OF AMERICA, and against BENJAMIN V. COBURN, in the amount of $8,845.18, plus post judgment interest pursuant to 28 U.S.C. 1961.

**IT IS FURTHER ORDERED** that this judgment may be satisfied for the amount of $6,600.00, plus post judgment interest pursuant to 28 U.S.C. 1061, in monthly installments of $85.00 commencing on July 15, 2007 and continuing on the 15th day of each month thereafter until paid in full. If the Defendant shall fail to make any payment within ten (10) days of its due date, the installment payment provisions of this order may be set aside by Plaintiff's Affidavit of Non-Compliance and the original judgment $8,845.18 plus interest will be reinstated, and the Plaintiff may issue any process for the enforcement of this Judgment. Defendant will be given credit for payments received.

                                      s/Paul D. Borman
                                      PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: August 7, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 7, 2007.

s/Denise Goodine
Case Manager